O-send

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 3 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1

2

3

4

5

6

7      # UNITED STATES DISTRICT COURT

8      # CENTRAL DISTRICT OF CALIFORNIA

9

10     UNITED STATES OF AMERICA,            )     Case No.: 14-128-SJO
                                            )
11                    Plaintiff,            )     ORDER OF DETENTION
                                            )
12                                          )     [Fed. R. Crim. P. 32.1(a)(6);
              vs.                           )      18 U.S.C. § 3143(a)]
13                                          )
       MARCOS MONTES LARA,                  )
14                                          )
                      Defendant.            )
15     _____)

16

17          The defendant having been arrested in this District pursuant to

18     a warrant issued by the United States District Court for the

19     Central District of California for alleged violation(s) of the terms and

20     conditions of his/her [probation] [supervised release]; and

21          The Court having conducted a detention hearing pursuant to

22     Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

23          The Court finds that:

24     A.   (✓) The defendant has not met his/her burden of establishing by

25          clear and convincing evidence that he/she is not likely to flee

26          if released under 18 U.S.C. § 3142(b) or (c). This finding is

27     based on Defendant's failure to appear in 2015 as well

28

1  as defendant's prior failure to appear. Additionally,

2  the defendant was previously revoked in this matter

3  which the court finds increases the risk of nonappearance

4  and/or

5  B.    (X)   The defendant has not met his/her burden of establishing by

6  clear and convincing evidence that he/she is not likely to pose

7  a danger to the safety of any other person or the community if

8  released under 18 U.S.C. § 3142(b) or (c).   This finding is based

9  on: allegations in violation report as well as the

10  nature of the underlying conviction in this matter.

11  _____

12  _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:   08-13-2015

18

19                                         R. a. Ol.
                                           _____
20                                         UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27